IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHERINE AYALA BANEGAS, | )<br>)<br>) Civil Action No. 1:25-cv-03524-LKG |
| Petitioner, | )<br>) Dated: January 29, 2025 |
| v. | ) |
| KRISTI NOEM, *et al.*, | ) |
| Respondents. | ) |

## ORDER

On October 27, 2025, the Petitioner, Katherine Ayala Banegas, filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On November 25, 2025, the Court denied the Government's motion to dismiss, granted-in-part the Petitioner's petition for writ of habeas corpus and ordered that the Respondents return the Petitioner to the Baltimore Field Office of U.S. Immigration and Customs Enforcement and, among other things, provide the Petitioner with a bond hearing, pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19 and 1236.l. ECF No. 14.

On December 8, 2025, the Petitioner filed a motion to enforce judgment, requesting that the Court order the Government to release the Petitioner. ECF No. 15. On December 17, 2025, the parties filed a joint status report stating that the Petitioner was released after being returned to Maryland. ECF No. 17.

In light of the foregoing, the Court:

(1) **DENIES-as-MOOT** the Petitioner's motion to enforce judgment (ECF No. 15) and

(2) **DISMISSES** the petition for a writ of habeas corpus (ECF No. 1).

The Clerk of the Court is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge